IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02084-MSK

JOHN PRYMAK;
LILLIAN PRYMAK;
PRESTON SMITH;
SHEILA SMITH;
PAUL PRYMAK;
DARREL LONGLEY;
VERA LONGLEY;
ROBERT DALEY;
BRENDA DALEY;
JANE SPECKETER;
PATRICIA PISANI;
THE REVOCABLE LIVING TRUST OF SAMMY J. MARTINEZ;
LESLIE E. DAVIS;
TEDD SABUS;
ROBERT WESTON;
VELVA WESTON;
ROBERT TORO;
EVELYN TORO; and
RITCHIE SMITH,

   Plaintiff,

v.

CONTEMPORARY FINANCIAL SOLUTIONS, INC.; and
MUTUAL SERVICE CORPORATION,

   Defendant.

## ORDER SETTING RULE 16 PRETRIAL SCHEDULING CONFERENCE

  THIS MATTER comes before the Court pursuant to FED. R. CIV. P. 16 and D.C.COLO.L.CivR 16.1 for the setting of a pretrial scheduling conference.

  **IT IS HEREBY ORDERED** that the parties shall appear on **November 7, 2008,** at **3:00**

**p.m.**, United States District Court for the District of Colorado, Courtroom A901, 901 19th Street, Alfred A. Arraj U.S. Courthouse, Denver, Colorado. It is,

**FURTHER ORDERED** that:

1. Lead counsel who will try the matter shall appear;

2. At least **twenty-one (21)** days prior to the conference, counsel (or a *pro se* party) shall confer to discuss the matters identified in FED. R. CIV. P. 16(c). These include but are not limited to:

    a. Necessity of joinder of any party;
    b. Need for any amendments to pleadings;
    c. Whether resolution by summary judgment is likely;
    d. Discovery needs and scheduling;
    e. Prospects for settlement;
    f. Personal and subject matter jurisdictions;
    g. Identification of legal and factual issues;
    h. Length of trial;
    i. Referral of action to the Magistrate Judge; and
    j. Such other matters as any party considers conducive to the just, speedy, and inexpensive determination of this action.

3. At this hearing, counsel should be prepared to advise the Court as to what procedure should be used to best facilitate the just, speedy and inexpensive determination of this action.

DATED this 1st day of October, 2008.

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge