IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02084-MSK

JOHN PRYMAK;
LILLIAN PRYMAK;
PRESTON SMITH;
SHEILA SMITH;
PAUL PRYMAK;
DARREL LONGLEY;
VERA LONGLEY;
ROBERT DALEY;
BRENDA DALEY;
JANE SPECKETER;
PATRICIA PISANI;
THE REVOCABLE LIVING TRUST OF SAMMY J. MARTINEZ;
LESLIE E. DAVIS;
TEDD SABUS;
ROBERT WESTON;
VELVA WESTON;
ROBERT TORO;
EVELYN TORO; and
RITCHIE SMITH,

       Plaintiffs,

v.

CONTEMPORARY FINANCIAL SOLUTIONS, INC.; and
MUTUAL SERVICE CORPORATION,

       Defendants.
_____

**ORDER**
_____

       THE COURT, pursuant to Plaintiffs Unopposed Motion for Partial Confirmation of the

Arbitration Award **(#11)**, and being duly advised of the premises hereby **ORDERS** that:

       Plaintiffs' Petition to Confirm in Part an Award Made by the Arbitrators in NASD

Dispute Resolution No. 07-00074 is granted and judgment is entered thereon, each party to pay

its own costs. The Clerk is directed to close this case.

DATED this 18th day of November, 2008.

BY THE COURT:

Marcia S. Krieger
United States District Judge